

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

## No. 08-24-00013-CR

## EX PARTE JUAN CORTES FERNANDEZ

On Appeal from the County Court
Kinney County, Texas
Trial Court No. 11946CR

## **JUDGMENT**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below denying Cortes Fernandez's application for a pretrial writ of habeas corpus, and we remand this matter to the trial court for further proceedings in accordance with our opinion. This decision shall be certified below for observance.

IT IS SO ORDERED this 19th day of December 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.